# United States Bankruptcy Court

## Middle District of Georgia

In re:

    Michael Wayne Maddox
    3562 Coveside Ct
    Loganvilles, GA 30052

Debtor(s)

Case No. 10–31231 jps

Chapter 7

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

    the current and any former case or interim trustee is discharged as trustee of the estate of the above named debtor and the bond is cancelled;

    the case of the above named debtor(s) is closed.

Dated: 11/10/10            /s/ James P. Smith
                                    United States Bankruptcy Judge